[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 18, 2003
THOMAS K. KAHN
CLERK**

No. 02-16762

D. C. Docket No. 00-02475-CV-T-17-MAP

MURRAY J. KLAUBER, DR.,

Plaintiff-Appellant,

versus

CITY OF SARASOTA,
SARASOTA COMMUNITY
REDEVELOPMENT AGENCY,
DAVID R. SOLLENBERGER,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

**(November 18, 2003)**

Before BLACK, HULL and COX, Circuit Judges.

PER CURIAM:

We find it unnecessary to decide whether the district court's analysis was correct in all respects. Based upon our de novo review of the record, we have determined there was no reversible error in the judgment entered for Appellees. Our determination is based upon several reasons including, but not limited to, Appellant's failure to demonstrate a genuine issue of material fact as to whether Appellees intentionally discriminated against him.

AFFIRMED.